ERIK BABCOCK, SBN 172514
717 Washington St., 2d Floor
Oakland, CA 94607
510-452-8400
510-452-8405

Attorney For Defendant
BRIAN BROWNING

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 03-329 VRW |
| Plaintiff, | **STIPULATION AND PROPOSED ORDER CONTINUING STATUS APPEARANCE ON FORM 12** |
| v. | |
| BRIAN BROWNING, | |
| Defendant. | |

This matter is set for status on April 10, 2012 on a pending Form 12 alleging that Mr. Browning has tested positive for controlled substances while on supervised release. Mr. Browning is out of custody. It turns out that counsel for defendant will be out of town and is unavailable on April 10, 2012. Counsel for the government is also unavailable. After consulting with Probation, IT IS HEREBY STIPULATED between the

///

**STIPULATION AND PROPOSED ORDER ALLOWING TRAVEL**                                               1

1  parties that the status hearing on April 3, 2012 may be vacated and continued to May 1,
2  2012.

3

4       **SO STIPULATED.**

5  DATED: April 3, 20012        By:    /S/Hartley West
                                        Hartley West
6                                       Assistant United States Attorney

7

8

9  DATED: April 3, 2012         By:    /S/Erik Babcock
                                        ERIK BABCOCK
10                                      Attorney for Defendant

11

12

13      **SO ORDERED**

14

15 DATED:  April 10, 2012.

16                                      William Alsup
                                        UNITED STATES DISTRICT JUDGE
17

18

...

28 STIPULATION AND PROPOSED
   ORDER ALLOWING TRAVEL                                                          2