```
1   ERIK BABCOCK, SBN 172514
2   717 Washington St., 2d Floor
    Oakland, CA 94607
3   510-452-8400
4   510-452-8405

5   Attorney For Defendant
6   BRIAN BROWNING
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 03-329 VRW |
|---|---|
| Plaintiff, | **STIPULATION AND PROPOSED ORDER CONTINUING STATUS APPEARANCE ON FORM 12** |
| v. | |
| BRIAN BROWNING, | |
| Defendant. | |

This matter is set for status on Julyl 10, 2012 on a pending Form 12 alleging that Mr. Browning has tested positive for controlled substances while on supervised release. Mr. Browning is out of custody. It turns out that counsel for defendant will be out of town and is unavailable on July 10, 2012. After consulting with Probation, IT IS HEREBY STIPULATED between the

///

**STIPULATION AND PROPOSED ORDER ALLOWING TRAVEL**                                         1

parties that the status hearing on July 10, 2012 may be vacated and continued one week to July 17, 2012.

**SO STIPULATED.**

DATED: July 2, 20012        By:     /S/Hartley West
                                    Hartley West
                                    Assistant United States Attorney


DATED: July 2, 2012         By:     /S/Erik Babcock
                                    ERIK BABCOCK
                                    Attorney for Defendant


**SO ORDERED**

DATED:  July 10, 2012.

_____
William Alsup
UNITED STATES DISTRICT JUDGE

STIPULATION AND PROPOSED
ORDER ALLOWING TRAVEL                                                    2